**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTOPHER JURY, | **CIVIL DIVISION** |
| Plaintiff, | |
| v. | Civil Action No.: 2:24-cv-187 |
| FOREMOST INSURANCE GROUP, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**NOTICE OF REMOVAL**

AND NOW, comes Defendant Foremost Insurance Company Grand Rapids, Michigan (erroneously identified as Foremost Insurance Group), by and through its counsel, MARSHALL DENNEHEY, P.C. and PATRICIA A. MONAHAN, ESQUIRE, and files the within Notice of Removal of Civil Action from the Court of Common Pleas of Jefferson County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania, representing as follows:

1. Plaintiff filed a Complaint in the Court of Common Pleas of Jefferson County on January 24, 2023. (Exhibit "A").

2. Plaintiff's claim arises out of water damage to a manufactured home that Plaintiff insured with "Foremost Insurance Company Grand Rapids, Michigan."

3. Exhibit A to Plaintiff's Complaint attaches Plaintiff's insurance policy "Underwritten by Foremost Insurance Company Grand Rapids, Michigan."

4. Plaintiff alleges that it is a Pennsylvania corporation. (Exhibit "A," Complaint ¶ 1).

5. It is further alleged that Defendant has an address in Grand Rapids, Michigan. (Exhibit "A," Complaint ¶ 2).

6. Defendant Foremost Insurance Company Grand Rapids, Michigan is incorporated in the State of Michigan and its principal place of business is in the State of Michigan.

7. Accordingly, diversity jurisdiction exists under 28 U.S.C. §1332.

8. Count I of Plaintiff's Complaint asserts a claim for breach of contract.

9. Count II of Plaintiff's Complaint asserts a claim for statutory bad faith pursuant to 42 Pa.C.S. § 8371.

10. The amount in controversy is in excess of $75,000, exclusive of interest and costs, as Plaintiff seeks $85,126.00 in contractual damages, along with interest, costs and fees and punitive damages under 42 Pa.C.S. § 8371.  (Exhibit "A," Complaint, p. 8).

11. The present lawsuit is removable from state court to this Honorable Court by notice pursuant to 28 U.S.C. §§1441 and 1446.

12. A true and correct copy of the Court of Common Pleas of Jefferson County's docket and the documents filed of record are attached hereto and marked as Exhibit "B."

13. Plaintiff's Complaint was filed on January 24, 2024 and served on or about January 31, 2024.

14. This Notice of Removal is therefore timely and filed within thirty (30) days of service. 28 U.S.C. § 1446(b).

15. Written notice of the filing of this Notice of Removal has been given to the adverse party in accordance with 28 U.S.C. §1446(d) and as noted in the attached Certificate of Service.

16. Immediately following the filing of this Notice of Removal, Defendant has filed a copy of a Notice of Filing of Notice of Removal with the Prothonotary of the Court of Common Pleas of Jefferson County, Pennsylvania where the state court action was pending as required by 28 U.S.C. §1446(d).  A true and correct copy of Defendant's Notice of Filing of Notice of Removal is attached hereto and marked as Exhibit "C."

WHEREFORE, Defendant Foremost Insurance Company Grand Rapids, Michigan respectfully requests the removal of this action from the Court of Common Pleas of Jefferson County, Pennsylvania to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

By: *s/ Patricia A. Monahan*
Patricia A. Monahan, Esquire
PA ID #58784
501 Grant Street
Union Trust Building, Suite 700
Pittsburgh, PA  15219
Email:  pamonahan@mdwcg.com
Phone:  412-803-1151
*Counsel for Defendant, Foremost Insurance Company Grand Rapids, Michigan (erroneously identified as Foremost Insurance Group)*

LEGAL/159250273.v1