# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER JURY, | CIVIL ACTION |
| Plaintiff, | |
| v. | No.: 2:24-cv-00187 |
| FOREMOST INSURANCE GROUP, | JURY TRIAL DEMANDED |
| Defendant. | |

## ORDER OF COURT

AND NOW, this 19th day of March, 2024, upon consideration of the parties' Stipulation for Discontinuance, it is hereby ORDERED, ADJUDGED and DECREED that this lawsuit is dismissed, with prejudice

BY THE COURT:

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge